[No. 19593-0-I.  Division One.  May 31, 1988.]

FARMERS INSURANCE EXCHANGE, *Plaintiff,* v. GRANGE INSURANCE ASSOCIATION, *Appellant,* ROBERT A. RABINE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-13204-7, Jim Bates, J., entered October 28, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Grosse, JJ.

[Nos. 8194-0-III; 8195-8-III;  Division Three.  May 31, 1988.]
8250-4-III.

THE STATE OF WASHINGTON, *Respondent,* v. LARRY LEE EYNON, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Grant County, No. 86-1-00117-7, Clinton J. Merritt, J., entered October 10 and 24, 1986. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Green, J.

[No. 8590-2-III.  Division Three.  May 31, 1988.]

MICHAEL F. SUPANCHICK, *Appellant,* v. KENNETH A. PFAFF, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86-2-01188-3, Thomas E. Merryman, J., entered April 14, 1987. *Reversed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Munson, J. Now published at 51 Wn. App. 861.